### 44181. SIMPSON v. WAGES et al.

QUILLIAN, Judge. *Code Ann.* § 109A-3—118 (e) (Ga. L. 1962, pp. 156, 245) provides: "Unless the instrument otherwise specifies two or more persons who sign as maker, acceptor or drawer or indorser and as a part of the same transaction are jointly and severally liable even though the instrument contains such words as 'I promise to pay.' " Where as in the case sub judice there is a negotiable instrument containing the words "we promise to pay" and signed by three parties, absent any specific provision to the contrary, the three co-makers are jointly and severally liable under the provisions of this Code section. *Ghitter v. Edge,* 118 Ga. App. 750 (2) (165 SE2d 598). See Official Comment, 2 U. L. A.—U. C. C., § 3-118 (e), p. 54; 4 Encyc. of Ga. Law, Commercial Code § 146, pp. 251, 252. Hence, an action against two of the three co-makers on the note was sustainable even though the other co-maker was dismissed as a party defendant. The trial judge erred in directing a verdict for the two defendants and overruling the plaintiff's motion for a new trial.

*Judgment reversed. Felton, C. J., and Pannell, J., concur.*

ARGUED JANUARY 7, 1969—DECIDED FEBRUARY 13, 1969—REHEARING DENIED MARCH 7, 1969—

*Powell, Goldstein, Frazer & Murphy, Wayne Shortridge, Ronald Stallings,* for appellant.

*Carley & Ramsay, George H. Carley,* for appellees.